AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon



Certified to be a true and correct
copy of original filed in this District
Dated: **11/04/2025**
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: **s/E. Toles**
Pages __1__ Through _____ 17__

| | |
|---|---|
| United States of America<br>v.<br>**Co-conspirator 1**;<br>DERINSON MARTINEZ-GRANDAS;<br>**Co-conspirator 3**;<br>**Co-conspirator 4**;<br>**Co-conspirator 5**;<br>**Co-conspirator 6**; and<br>WILLIAM ESTIVEN RODRIGUEZ-GAVIRIA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.  6:25-mj-328 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  Octocber 6, through October, 2025  in the county of  Lane and Marion  in the

_____ District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Interstate Transportation, Transmittal, or Transfer of Stolen Property |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent  █Special Agent█ , which is incorporated herein.

☑ Continued on the attached sheet.

By phone pursuant to Rule 4.1
_____
*Complainant's signature*

Special Agent █Special Agent█ , FBI
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:35 p.m. a.m./p.m.

Date:  11/04/2025

*Amy E Potter*
_____
*Judge's signature*

City and state:  Eugene, Oregon

United States Magistrate Judge Amy E. Potter
_____
*Printed name and title*

DISTRICT OF OREGON, ss:          AFFIDAVIT OF [ Special Agent ]

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, [Special Agent], being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter FBI) and have been since October 2019.  My current assignment is in the Portland Field Office, Eugene Resident Agency.  My training and experience include investigating federal criminal violations related to bomb/school shooter threats, bank fraud, identity theft, child exploitation, and child pornography among other federal violations.  I have gained experience through work relating to conducting these types of investigations.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 371 (Conspiracy) and 2314 (Interstate Transportation, Transmittal, or Transfer of Stolen Property) and I am authorized by law to request a complaint and arrest warrant related violations of those statutes.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for the following suspects:

- [ Co-conspirator 1 ] (DOB XX/XX/[ ])
- Martinez-Grandas, Derinson (DOB XX/XX/1991)
- [Co-conspirator 3] (DOB XX/XX/[ ])
- [ Co-conspirator 4 ] (DOB XX/XX[ ])
- [ Co-conspirator 5 ] (DOB XX/XX/[ ])
- [ Co-conspirator 6 ] (DOB XX/XX/[ ])
- Rodriguez-Gaviria, William Estiven (DOB XX/XX/1999)

for Conspiracy to Commit Interstate Transportation, Transmittal, or Transfer of Stolen Property, contrary to 18 U.S.C. § 2314 and in violation of 18 U.S.C. § 371 (hereinafter, the "Target Offense"). As set forth below, there is probable cause to believe, and I do believe, that defendants committed the Target Offense.

### Applicable Law

3.     Title 18, United States Code, Section 371 makes it a crime for two or more persons conspire to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to affect the object of the conspiracy.

4.     Title 18, United States Code, Section 2314 prohibits transportation, transmittal, or transfer of any goods, wares, merchandise, securities or money valued at $5,000 or more in interstate commerce when the individual doing so knows the item(s) to have been stolen, converted, or taken by fraud.

### Statement of Probable Cause

*Overview*

5.     Law enforcement, led by the Eugene Police Department, has been investigating a criminal organization engaged in residential burglaries of Asian business owners in the State of Oregon, including the cities of Eugene and Salem. The defendants drove in four separate vehicles that were all registered in California, and in the dates immediately preceding the Oregon burglaries, passed through Nevada, Idaho, and Washington. Upon arrival in Oregon, the defendants secured a short-term rental property in Eugene, OR at an address (known to me but anonymized herein) on Skyline Boulevard (the "Skyline Airbnb"). Thereafter, investigation, surveillance and security camera footage reflect that the defendants engaged in burglaries in

**Affidavit of** Special Agent                                                                                             **Page 2**

Eugene, OR on October 6, 2025, and again in Salem, OR on October 9, 2025.  Following the burglary in Salem, law enforcement officers observed the defendants return to the Skyline Airbnb in Eugene.  Officers proceeded to execute state court-authorized search warrants of the residence, in the vicinity of which investigators located stolen property in packaging material, to include Ziploc baggies.  Investigators later learned from burglary victims that the stolen property had not been packaged when it was stolen.  Upon execution of the warrant, defendants fled from their rental property into a nearby wooded area.  During surveillance throughout the day's activity on October 9, 2025, and in preparation of the search warrant execution, law enforcement officers observed seven subjects, detailed below.

6.      Law enforcement located and arrested ██████ Co-conspirator 1 ██████ (" Co-conspirator 1 "), Derinson Martinez-Grandas ("Martinez-Grandas"), Co-conspirator 3 (" Co-conspirator 3 "), Co-conspirator 4 (" Co-conspirator 4 ."), Co-conspirator 5 (" Co-conspirator 5 "), Co-conspirator 6 ("Co-conspirator 6"), and William Estiven Rodriguez-Gaviria ("Rodriguez-Gaviria") (collectively, the "defendants").  At this time, investigators believe—based on immigration history, passports, and from review of devices— that each defendant is a Colombian national, which is relevant to communications related to a Colombian shipping business and shipping records, discussed below.  Each defendant was detained and later posted bail.  Three of the defendants— Co-conspirator 1 , Martinez-Grandas, and Rodriguez-Gaviria—were taken into custody by immigration enforcement authorities and await proceedings.

7.      On October 21, 2025, search warrants were authorized in the Circuit Court of Lane County for digital devices seized subsequent to the search/arrest of the defendants. Officers performed court-authorized searches of the defendants' digital devices and learned the

**Affidavit of** Special Agent                                                                 **Page 3**

organization's methodology, their operational planning, their approximate routes of travel, and aspects of their plans to transport and ship the stolen items. Specifically, while in Oregon, a phone believed to be owned by Co-conspirator 4 ., as reflected by a number of self-taken photographs and a Facebook profile associated with him, received a WhatsApp message regarding ServiExpress, a California-based business that engages in shipping to Colombia, as depicted below (I note that the format is consistent with a law enforcement phone extraction, and does not appear as in the original, however, I believe this is the original message text). Below, at left, is a message from a "Colachon" directing the recipient, believed to be Co-conspirator 4 ., to call a number and including a screenshot. Below at right is that screenshot. Investigators looked into the location and information and identified the business that ships to Colombia, ServiExpress.

 

Co-conspirator 4 .'s phone received this information from a Colombian-based phone number on October 8, 2025—two days after the Eugene burglary and two days prior to the Salem burglary.

8.      A Google search of ServiExpress reveals that it is a shipping company based in Lawndale, CA. Through review of a digital device believed to be used by ███Co-conspirator 3███, a screenshot of a receipt from ServiExpress was located, and is depicted below. The receipt was for a shipment to Bogota, Colombia from Los Angeles, CA.



9.      While law enforcement has not located communications in which the defendants explicitly state the full breadth of the conspiracy or their specific involvement, the investigation revealed telephonic meetings involving the seven defendants on October 3, 2025 while all the defendants' vehicles were in Washington, and on October 6, 2025, while all the defendants' vehicles were in Oregon  Those group calls coincided with burglaries of Asian business owners in Auburn, WA and Eugene, OR, as detailed below.

**Affidavit of** ███Special Agent███                                                    **Page 5**

*__Manner and Means of the Conspiracy – Multi-State Travel and Burglaries__*

10.    Through investigation, law enforcement learned that it was part of the conspiracy that defendants would drive from state to state and, at least in the District of Oregon and the Western District of Washington, rent a short-term rental unit and identify and surveil potential burglary victims at the victims' respective businesses, which were Asian-owned restaurants or stores. Additionally, the defendants would perform reconnaissance on the residences of the Asian business owners.

11.    Law enforcement identified four vehicles that were involved in the burglaries in Eugene and Salem.  These vehicles were a Ford Escape with CA plate 7EHA689 (registered to Co-conspirator 1 ) (the "Ford Escape"), a Kia Sportage with CA plate 9VAY692 (registered to an individual whose involvement in the conspiracy is unknown) (the "Kia Sportage"), a Honda Civic with CA plate 9RKL951 (registered to Martinez-Grandas) (the "Honda Civic"), and a Lexus RX with CA plate 9UTY482 (registered to an individual whose involvement in the conspiracy is unknown) (the "Lexus RX").  The Ford Escape's registered address is in Paramount City, CA.  The Kia Sportage, Honda Civic and Lexus RX are all registered to the same apartment in Hawthorne, CA.

12.    Information from automated license plate readers in various states showed that the four vehicles described above all traveled the same route in the same time period from California to Las Vegas. For instance, on September 30, 2025, the vehicles passed through Las Vegas, NV, and Twin Falls, ID, an approximately 7.5-hour drive. Then on October 1, 2025, five days prior to the Eugene burglary, the Ford Escape and Honda Civic were detected in Lakewood and Auburn, WA.  On October 2, 2025, the Kia Sportage and Lexus RX were detected in Auburn, WA.  All four vehicles were in that location on October 3, 2025.

**Affidavit of** Special Agent                                                             **Page 6**

### *Overt Acts – Renting Airbnb in Tumwater, WA and Casing Burglary Victims in Auburn, WA*

13.    Videos dated October 3, 2025, were obtained from a phone seized from the defendants following the arrest described below. The October 3, 2025, videos depict a recording of a blue single-family residence and driveway with vehicles. The video surveillance device was clearly placed low to the ground in what law enforcement believe to be the bushes or landscaping of the residence. The residence was later determined to be a known residence in Auburn, WA, of which the owner is an Asian individual, who lives just around the corner of his father. Coinciding with this date, Martinez-Grandas was found to be the registered renter of an Airbnb in Tumwater, WA on September 30, 2025, with that reservation concluding on October 6, 2025, the day the group traveled to Oregon. Tumwater is an approximately 45-minute drive to Auburn, without traffic.

14.    The son and father associated with the Auburn residence depicted in the video are individuals of Asian descent who own and operate a jewelry store located in Kent, WA. Review of a particular cellular device that investigators believe to have been used by Co-conspirator 1 Co-conspirator 1 (who is saved as "Gafas" on various of the seized phones—a slang term referring to individuals who wears glasses) reflects that he "tagged" both the son's and father's residential addresses using a mapping application. So too was their business's address, and the device contained photos of the business. Further, device analysis revealed that the business's open/close times were communicated via WhatsApp.

15.    On October 3, 2025, at approximately 5:50pm, the father's residence is believed to have been burglarized by one or more of the defendants (though exactly who played which role is yet unknown). They gained entry by shattering the back sliding glass door. The digital

device review revealed that there was a 7-way WhatsApp call in the approximate timeframe of this burglary.

16.    On October 5, 2025, the Ford Escape and Honda Civic were observed in Eugene. The Kia Sportage and Lexus RX arrived in Eugene the following day.

### *Overt Acts – Renting an Airbnb in Eugene and Casing Burglary Victims in Oregon*

17.    Martinez-Grandas was the registered renter of the Skyline Airbnb, and the reservation began on October 5, 2025, and was set to end on October 10, 2025, where all seven defendants were staying at the time of the execution of the search warrant.

18.    Through review of digital devices, officers observed that the defendants' phones contained historical information from their time in WA to include sending/receiving coordinates for burglaries, potential burglaries, and surveillance or "casing" of burglary locations. The review of devices also shows defendants' phones conducting similar activity in Eugene and Salem.

19.    For instance, at least seven phones associated with the defendants and seized at the time of their arrest sent and received exact addresses for the home that was burglarized in Eugene. They conducted similar activity for the burglary in Salem. The defendants exchanged messages including specific locations, perimeters, and surveillance or counter-surveillance areas in perimeters in the area of both the Eugene and Salem residences that were burglarized by the defendants. An extraction of devices seized post-arrest revealed that 7-way calls and chats occurred via WhatsApp at times consistent with the burglary in Salem. Below is a screenshot of the format associated with the telephonic extraction indicating seven active numbers, on October 9, 2025, and lasting approximately 49 minutes:

**Affidavit of** Special Agent                                                                                  **Page 8**



| | To: | | (owner) | 10/9/2025 1:53:11 PM(UTC-7) | 00:49:42 | Answered |
|---|---|---|---|---|---|---|
| | To: | 12138438870@s.whatsapp.net | Billones | | | |
| | To: | 12138277049@s.whatsapp.net | | | | |
| | To: | 12136193452@s.whatsapp.net | | | | |
| | To: | 12135267846@s.whatsapp.net | Alfedo | | | |
| | To: | 12137917253@s.whatsapp.net | Yo | | | |
| | To: | 12135714349@s.whatsapp.net | | | | |
| | From: | 15418700361@s.whatsapp.net | | | | |

7-way chat example (Salem)

20.     Additionally, analysis of the digital devices revealed various defendant co-conspirators sent coded information that appears to relate to the planned burglaries.  For example, one device containing selfie-style photographs of **Co-conspirator 1**—including one such photograph with a passport depicting his identifying information—that investigators believe to be his personal cellular device contains a file depicting the location of a residence in Auburn that was burglarized (using a mapping tool), as well as exact coordinates of a residence around the corner associated with the Auburn victim's son's residence.

21.     Further, investigators performed analysis of a digital device associated with Martinez-Grandas.  Investigators found social media attribution associated with him on that device, a Bank of America account associated with his name, as well as push notifications he receives when money is transferred to or from that account, containing his name.  On Martinez-Grandas' personal phone, investigators located the booking information for both the Tumwater and Eugene Airbnbs.  Additionally, on the afternoon of October 6, 2025, Martinez-Grandas' personal phone received a message from an individual saved in the phone as "Willian" (who investigators believe to be William Rodriguez-Gaviria) providing an address in Eugene that is the same address as the residence that was burglarized that day.

*__Overt Acts – Eugene Burglary and Coordinated Call__*

22.    It was further part of the conspiracy that after learning the patterns of the victims, the defendants would conduct residential burglaries while the victims were likely not present within the homes. The investigation revealed that defendants typically communicated amongst themselves via dedicated cellular devices and shattered back sliding doors during these coordinated events.

23.    During the time of the burglary in Eugene, on October 6, 2025, the defendants' devices were engaged in a 7-way phone call using WhatsApp. This call, and the call during the Auburn, WA burglary are times officers have observed 7-way calls between the defendants in the review of devices thus far.

24.    It was further a part of the conspiracy that once unlawful entry was made into the victim-homes, the defendants would ransack these residences, in both instances stealing fungible items such as large amounts of United States and foreign currency, jewelry, designer handbags, purses, and/or wallets, and other valuables, a small fraction of which are depicted below.



25.     For instance, reviews of the defendants' devices contain photographs of jewelry as well as pawnshop receipts.  Law enforcement recovered rings, necklaces, and other jewelry from the Skyline Airbnb upon execution of the search warrant following the Eugene and Salem burglaries, which are currently being weighed for approximate valuation. A very small sampling of seized jewelry is depicted below.

  
  

**_Overt Acts – Salem Burglary and Return to Package Stolen Property_**

25.     The investigation revealed that defendants traveled in the four vehicles described above throughout the relevant period in Oregon, specifically from October 5, 2025 through October 9, 2025.  Static and dynamic surveillance showed that ▮Co-conspirator 1▮ drove the Ford Escape with Rodgriguez-Gaviria as passenger on October 9, 2025, the day of the Salem burglary.

**Affidavit of** ▮Special Agent▮                                    **Page 11**

26.    They travelled to Corvallis, OR, wherein Rodriguez-Gaviria exited the Ford Escape and got into the Kia Sportage as the passenger, with █Co-conspirator 4█. as the driver. During the surveillance period in Salem, law enforcement detected the Honda Civic driven by Martinez-Grandas, as possibly involved. On the way back to Eugene, Martinez-Grandas stopped in Corvallis, where he picked up Rodriguez-Gaviria, who law enforcement observed carrying weighted plastic bags that appeared to be full of items, as depicted in the photograph below.



Investigating officers attempting to track the defendants' movements believed the Lexus RX to be driven by █Co-conspirator 3█, █Co-conspirator 5█ and █Co-conspirator 6█ during that time. In a post-Miranda interview of Martinez-Grandas, he informed law enforcement officers that it was typical for █Co-conspirator 3█, █Co-conspirator 5█, and █Co-conspirator 6█ to drive in the Lexus RX.

**Affidavit of** █Special Agent█                                          **Page 12**

## *Search Warrant Execution and Arrest*

27.    It was further a part of the conspiracy that upon the completion of a burglary, the defendants would return to a short-term rental unit, divide proceeds, and package said proceeds for transport, transfer, or transmittal.

28.    For instance, upon execution of the warrant, law enforcement observed and seized Ziploc bags of jewelry consistent with items burglarized from the Salem victims earlier that day. The Salem victims later advised law enforcement that their stolen jewelry had not been packaged in Ziploc bags before being stolen.

29.    Upon execution of state search warrants on the various vehicles associated with the multi-state burglary group, officers found a pizza box, broken glass, prybars, multiple license plates, masks, and gloves.

30.    Upon execution of the state search warrant at the Skyline Airbnb, all seven defendants fled through the back of the property down a hillside. Law enforcement searched for several hours and eventually detained all seven individuals. Law enforcement recovered Ziploc bags of valuables in the wooded area behind the Skyline address, which investigators believe is attributable to the fleeing defendants attempting to take items with them. As a result of the search of the Skyline Airbnb, law enforcement officers recovered property believed to be burglarized from the Salem residence, evidence of money wires in the amount of $500 to Bogota, Colombia, and various Colombian travel documentation, to include passports. Upon review of Martinez-Grandas' bank account information, briefly discussed above, investigators discovered approximately seventeen incoming bank transfers in the amount of approximately $11,000 between the dates of October 1 and 9, 2025. Investigators observed approximately eight outgoing bank transfers in the amount of $6,431 between the dates of October 1 and 8, 2025.

**Affidavit of** Special Agent                                      **Page 13**

31.    Upon consultation with the burglary victims in Auburn, WA, Eugene, OR, and Salem, OR, law enforcement learned that the various victims attempted to estimate their losses for purposes of insurance claims or police reports. Upon initial inspection, the victims in Auburn, WA estimated their losses at approximately $4,000 in stolen goods and approximately that amount in damaged property. The victims in Eugene, OR estimated their losses at approximately $3,000 to $5,000. Finally, the victims in Salem, OR estimated their losses at approximately $50,699. Each indicated fear or anxiety associated with returning to their home, a sense of insecurity when there, and a feeling of being targeted due to their ethnicity.

### *Summary*

32.    Given the information above, including the evidence of multi-state travel by the various defendants' vehicles; the short-term rentals in both Eugene, OR and Tumwater, WA; and the currently-known burglaries in those areas, I have probable cause to believe and do believe that this group of defendants were collectively part of a conspiracy to commit burglaries in multiple states. Further, given the large quantity of stolen property recovered following the arrests in Eugene, taken with the short succession of the multi-state burglaries—three days between each—I believe that the defendants were likely engaged in multi-state transportation of stolen property, especially given the very-large quantity of stolen property recovered from the Skyline Airbnb. Additionally, given the evidence of shipping receipts to Colombia preceding the timeframe of the burglaries, large amounts of money transferred to/from Martinez-Grandas' bank account during the relevant time period, as well as the communication sent to one of the burglars, Co-conspirator 4 ., about the Los Angeles-based Colombian shipping company only two days after the Eugene burglary and one day before the Salem burglary, I have probable cause to believe and do believe that the defendants were engaged in the interstate and possibly international transfer,

**Affidavit of** Special Agent                                                    **Page 14**

transmittal, or transportation of stolen property, to include physical objects and currency. Finally, based on the reports by the various victims' losses, I have probable cause to believe and do believe that the property stolen as a result of the conspiracy outlined above far exceeded the $5,000 threshold associated with 18 U.S.C. § 2314.

### Conclusion

33.      Based on the foregoing, I have probable cause to believe, and I do believe, that the defendants, ███ Co-conspirator 1 ███, Derinson Martinez-Grandas, ██Co-conspirator 3██ ██Co-conspirator 3██, Co-conspirator 4 , Co-conspirator 5 , Co-conspirator 6 ██Co-conspirator 6██, and William Estiven Rodriguez-Gaviria Conspired to Commit Interstate Transportation, Transmittal, or Transfer of Stolen Property contrary to 18 U.S.C. § 2314 and in violation of 18 U.S.C. § 371.  I therefore request that the Court issue a criminal complaint and arrest warrant for the defendants.

34.      Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) William M. McLaren, and AUSA McLaren advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/ / /


/ / /


/ / /

**Affidavit of** ██Special Agent██                                                                 **Page 15**

## Request for Sealing

35.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Special Agent
Special Agent, FBI


Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:35 p.m.           a.m./p.m. on this _4_ day of November, 2025.


_____
HONORABLE AMY E. POTTER
United States Magistrate Judge

**Affidavit of** Special Agent                                                                 **Page 16**